# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL REARDON *et al.* | : |
| | : |
| Plaintiffs, | : CIVIL ACTION |
| | : |
| v. | : NO. 12-2451 |
| | : |
| ILLINOIS TOOL WORKS, INC., | : |
| | : |
| Defendant. | : |

# ORDER

**AND NOW**, this 10th day of April, 2013, upon consideration of defendant's Motion *In Limine* to Exclude the Testimony and Opinions of Gary Sheesley (Document No. 20), and plaintiffs' response thereto; and upon consideration of defendant's Motion for Summary Judgment (Document No. 21), and plaintiffs' response thereto; it is hereby **ORDERED** that both motions are **DENIED**.

/s/ William H. Yohn Jr., Judge
William H. Yohn Jr., Judge